## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ABRY L. WHITE**                                    **CIVIL ACTION**

**VERSUS**                                           **NUMBER: 17-1876**

**SHERIFF JAMES POLHMANN, et al.**                   **SECTION: "G"(5)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this _15th_ day of May, 2017.

_Nannette Jolivette Brown_

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**